Sont in Drapt

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JILL TELLEZ, | 06 CV 15440 (SAS) (THK) |
| Plaintiff/Counter-Defendant, | |
| - against - | |
| | **STIPULATION AND** |
| CONTINENTAL CASUALTY COMPANY, | **ORDER OF** |
| | **DISCONTINUANCE** |
| Defendant/Counter-Claimant. | |

In accordance with Rule 41 (a)(1) of the Federal Rules of Civil Procedure, the parties to the above-captioned action hereby stipulate, through the undersigned counsel of record, that the above-captioned action and all claims and causes of action asserted therein are hereby withdrawn and discontinued, with prejudice, and without apportionment of costs, disbursements or attorneys' fees to any party.

Dated: September 27      , 2007
New York, New York

Arnold H. Pedowitz (AP 1382)
Pedowitz & Meister, LLP
1501 Broadway, Suite 800
New York, New York 10036
212.403.7321

**Attorneys for Plaintiff/Counter- Defendant**

Dated: October 19 , 2007
New York, New York

David S. Warner (DW 4576)
Littler Mendelson, P.C.
885 Third Avenue, 16th Floor
New York, New York 10022
212.583.9600

**Attorneys for Defendant/Counter-Claimant**

**So Ordered.**

Dated: Oct. 22 , 2007

United States District Judge

Shira A. Scheindlin, USDJ